

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-20-00337-CR

**EX PARTE** Abel **MONTES**

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 20-0995-CR-A
Honorable Jessica Crawford, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's memorandum opinion of this date, the trial court's order denying Abel Montes's amended habeas corpus application is REVERSED, and this case is REMANDED to the trial court for proceedings consistent with this opinion. The clerk of this court is ORDERED to issue the mandate immediately. *See* TEX. R. APP. P. 18.6 (allowing the appellate court to issue the mandate with its judgment in an accelerated appeal); *Ex parte Carson*, 215 S.W.3d 921, 924 (Tex. App—Texarkana 2007, no pet.) (issuing the mandate immediately in an article 17.151 bail reduction case).

SIGNED February 17, 2021.

_____
Irene Rios, Justice